**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

IN RE:

MOTORS LIQUIDATION COMPANY,
f/k/a GENERAL MOTORS CORPORPORATION,
et al.,

                      Debtors.
-----------------------------------------------------------X
CELESTINE ELLIOTT et al.,

                      Appellants,                    19 **CIVIL** 5666 (JMF)

       -against-                                        **JUDGMENT**

THE MOTORS LIQUIDATION COMPANY
GUC TRUST ADMINISTRATOR, et al.,
                      Appellees.
-----------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 12, 2020, the decision of the Bankruptcy Court is affirmed; accordingly, the case is closed.

**Dated:** New York, New York
            June 12, 2020

                                            **RUBY J. KRAJICK**
                                            _____
                                               **Clerk of Court**
                          **BY:**
                                               _____
                                                 **Deputy Clerk**